IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CLEVELAND FIREFIGHTERS FOR          )
FAIR HIRING PRACTICES, *et al.*,          )          CASE NO.  1:00 CV 301
                                    )          CASE NO.  C73-330
          Plaintiffs,               )
                                    )          JUDGE DONALD C. NUGENT
     v.                             )
                                    )
CITY OF CLEVELAND, *et al.*,             )          JUDGMENT ORDER
                                    )
          Defendants.               )

*************************************

LAMONT C. HEADEN, *et al.*,               )
                                    )
          Plaintiffs,               )
                                    )
     and                            )
                                    )
VANGUARDS OF CLEVELAND,             )
                                    )
          Intervenor Plaintiffs,    )
                                    )
     v.                             )
                                    )
CITY OF CLEVELAND, *et al.*,             )
                                    )
          Defendants.               )

For the reasons set forth in this Court's Memorandum Opinion, the Court finds that the 2000 amended consent decree in the above captioned litigation is no longer necessary to advance the goals of that decree, and that the City has substantially complied with all enforceable terms of the decree. The race-based provisions are no longer needed to address past discrimination and are, consequently, unconstitutional. Therefore, City's Motion for Extension of Time to Comply with the Headen Decree (ECF #44), the Vanguards of Cleveland's Motion to Extend the Terms of the Second Amended Consent Decree (ECF #45), and the Vanguards' renewed Motion to Extend (ECF #83) are denied. This case is terminated. IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: January 8, 2013

-2-